IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr4

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CHAD V. JACOBS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand by the United States Court of Appeals for the Fourth Circuit. (Doc. No. 37: Order).

After this Court entered judgment (Doc. No. 27), the defendant filed a notice of appeal more than ten days after entry of the judgment (Doc. No. 27). The Fourth Circuit has directed the Court to determine whether the defendant has shown excusable neglect or good cause warranting an extension of the ten-day appeal period.

**IT IS, THEREFORE, ORDERED** that the defendant has thirty (30) days from the entry of this Order to file his response stating any grounds for extending the ten-day appeal period for excusable neglect or good cause.

Signed: February 4, 2011

Robert J. Conrad, Jr.
Chief United States District Judge