IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00004-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| CHAD V. JACOBS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant for a reduction of sentence based on retroactive amendments to the United States Sentencing Guidelines regarding drug offenses, (Doc. Nos. 48, 52), counsel's notice of ineligibility, and related pleadings.

The defendant was sentenced on June 7, 2010, to 120 months' imprisonment on a drug offense and 60 consecutive months on a firearm offense, the applicable mandatory minimum punishments. (Doc. No. 27: Judgment at 1-2; Doc. No. 49: Supplemental Presentence Report at 1). Accordingly, the changes in the guidelines do not affect the defendant's sentence. <u>Neal v. United States</u>, 516 U.S. 284, 296 (1996) (retroactive amendment to guidelines does not alter statutory mandatory minimum); <u>United States v. Hood</u>, 556 F.3d 226, 233 (4th Cir. 2009).

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 48, 52), are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 30, 2015

Robert J. Conrad, Jr.
United States District Judge